[No. 17308–1–I.   Division One.   February 23, 1987.]

EMMIT HARRIS, JR., ET AL, *Appellants,* v. PETER
B. WASSERMAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–01562–5, Robert W. Winsor, J., entered August 29, 1985. *Affirmed* by unpublished opinion per Stewart, J. Pro Tem., concurred in by Dore and Holte, JJ. Pro Tem.

[No. 16188–1–I.   Division One.   February 23, 1987.]

ANTON RIKSEM, *Appellant,* v. THE CITY OF
SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–13354–1, Francis E. Holman, J., entered February 27, 1985. *Affirmed* by unpublished opinion per Schultheis, J. Pro Tem., concurred in by Cole and Dolliver, JJ. Pro Tem. Now published at 47 Wn. App. 506.

[No. 17701–0–I.   Division One.   February 23, 1987.]

MICHAEL WOLF, *as Guardian, Plaintiff,* v. CONDOMINIUM
BUILDERS, INC., ET AL, *Appellants,* CLEO'S
ROOFING, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–15263–1, Robert E. Dixon, J., entered January 2, 1986. *Affirmed* by unpublished opinion per Callow, J. Pro Tem., concurred in by Cole and Pitt, JJ. Pro Tem.